DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LARRY WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1540

_____

August 30, 2024

Appeal from the Circuit Court for Manatee County; Frederick Mercurio, Judge.

Howard L. Dimmig, II, Public Defender, and Deana K. Marshall, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Katherine Coombs Cline, Senior Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and CASANUEVA and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.